UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW CORZINE,<br><br>                        Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                        Respondents. | Case No. 3:13-cv-00119-MMD-VPC<br><br>ORDER |

Petitioner has filed an amended petition for a writ of habeas corpus (ECF No. 51). The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct respondents to file a response.

Petitioner has filed a motion for leave to file exhibits under seal (ECF No. 55) and a motion to partially waive Local Rule IA 10-3(e) (ECF No. 57). The Court grants these motions.

It is therefore ordered that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (ECF No. 51). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 will apply.

///

It is further ordered that petitioner's motion for leave to file exhibits under seal (ECF No. 55) is granted.

It is further ordered that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 57) is granted.

DATED THIS 29th day of December 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE